1  Gina M. Corena, Esq.
   Nevada Bar No. 10330
2  gina@lawofficecorena.com
   Mark Rouse, Esq.
3  Nevada Bar No.12273
4  markr@lawofficecorena.com
   **GINA CORENA & ASSOCIATES**
5  300 S. Fourth Street, Suite 1400
   Las Vegas, Nevada 89101
6  Telephone: (702) 680-1111
   Facsimile: (888) 897-6507
7  *Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ISNEY ECHAVARRIA-PEREZ, individually, | CASE NO. 2:25-CV-00063-EJY |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE DEADLINE TO FILE MOTIONS TO AMEND** |
| MICHAEL SOMMERS, individually; ASSURED AUDIT PEST PREVENTION, LLC, an Arizona limited liability company; ASSURED AUDIT PEST PREVENTION CORPORATION, a California corporation; DOE DRIVER, individually; MAXWAY FREIGHT, LLC, a Utah Limited Liability Company; MAXWAY, INC., a Utah Corporation; DOES I through X, and ROE BUSINESS ENTITIES, XI through XX, inclusive, | **(FIRST REQUEST)**  ~~[PROPOSED]~~ **NEW DEADLINE: May 12, 2025** |
| Defendants. | |

COME NOW the parties, by and through their respective counsel of record, and hereby stipulate to extend the time to file Motions to Amend the Pleadings, with a current deadline of April 10, 2025, by 32 days, to May 12, 2025. This is the first stipulation for extension of time, being made before the current deadline of April 10, 2025. The parties are currently in the process of responding to written discovery requests which will identify 'DOE DRIVER,' who has not yet been identified by the Plaintiff in this matter. Accordingly, the parties have agreed to a brief

Page **1** of **2**

extension of time to allow Plaintiff to obtain the identity of 'DOE DRIVER,' at which time the Complaint will be amended to identify the individual driver by name.

DATED March 19, 2025

GINA CORENA & ASSOCIATES

/s/ Mark Rouse
Gina M. Corena, Esq.
Nevada Bar No. 10330
Mark Rouse, Esq.
Nevada Bar No.12273
300 S. Fourth Street, Suite 1400
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

DATED March 19, 2025

ROGERS, MASTRANGELO, CARVALHO & MITCHELL

/s/  Stephen Rogers
Stephen H. Rogers
Nevada Bar No. 5755
700 South Third Street
Las Vegas, Nevada 89110
*Attorneys for Defendants, Sommers and Assured Audit Prest Prevention*

DATED March 19, 2025

WINNER & BOOZE

/s/  Christine Booze
Christine Booze, Esq.
Nevada Bar No. 7610
1117 South Rancho Drive
Las Vegas, Nevada 89102
*Attorneys for Defendant, Maxway, Inc.*

DATED March 19, 2025

RESNICK & LOUIS, P.C.

/s/  Paul Acker
Paul Acker, Esq.
Nevada Bar No.
8945 West Russell Road, Suite 330
Las Vegas, Nevada 89148
*Attorneys for Defendant, Maxway, Inc.*

**IT IS SO ORDERED.**

Dated: March 19, 2025

_____
UNITED STATES MAGISTRATE JUDGE