**RESNICK & LOUIS, P.C.**
PAUL A. ACKER, ESQ.
Nevada Bar No. 3670
8945 West Russell Road, Suite 330
Las Vegas, NV 89148
Telephone: (702) 997-3800
Facsimile: (702) 702-8619
packer@rlattorneys.com
*Attorneys for Defendant,*
*Maxway Freight, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ISNEY ECHAVARRIA-PEREZ, individually, <br><br>Plaintiff, <br><br>vs. <br><br>MICHAEL SOMMERS, individually; ASSURED AUDIT PEST PREVENTION, LLC, an Arizona limited liability company; ASSURED AUDIT PEST PREVENTION CORPORATION, a California corporation; DOE DRIVER, individually; MAXWAY FREIGHT, LLC, a Utah Limited Liability Company; MAXWAY, INC., a Utah Corporation; DOES I through X, and ROE BUSINESS ENTITIES, XI through XX, inclusive, <br><br>Defendants. <br>_____ <br>MAXWAY, INC., a Utah Corporation, <br><br>Cross-Claimant, <br><br>v. <br><br>MICHAEL SOMMERS, individually; ASSURED AUDIT PEST PREVENTION, LLC, an Arizona limited liability company; ASSURED AUDIT PEST PREVENTION COPORATION, a California corporation; DOES XX through XXV, and ROE BUSIENSS ENTITIES XXVI through XXX, inclusive, | CASE NO.: 2:25-cv-00063-EJY <br><br><br>**STIPULATION AND ORDER TO DISMISS MAXWAY FREIGHT, LLC, ONLY, WITH PREJUDICE** |

1

|     |     |
| --- | --- |
| 1   |     |
| 2   | Cross-Defendants. |

3   IT IS HEREBY STIPULATED by and between Defendant, MAXWAY FREIGHT, LLC,
4   through its counsel of record, PAUL A. ACKER, ESQ., of the law offices of RESNICK & LOUIS,
5   P.C.; Plaintiff, ISNEY ECHAVARRIA-PEREZ, through his counsel of record, GINA M. CORENA,
6   ESQ. and MARK ROUSE, ESQ., of the law offices of GINA CORENA & ASSOCIATES that all
7   of Plaintiff, ISNEY ECHAVARRIA-PEREZ's claims arising out of the February 18, 2024, incident
8   as asserted in the Complaint in Case No. 2:25-cv-00063-EJY be dismissed against Defendant,
9   MAXWAY FREIGHT, LLC, only, with prejudice in their entirety.

10   It Is Further Stipulated that each of the parties will bear their own attorneys' fees and costs.

11   This Stipulation and Order has no effect upon Plaintiff's claims against any other Defendant.

12   DATED this 29th day of May, 2025.                        DATED this 29th day of May, 2025.

13   RESNICK & LOUIS, P.C.                                    GINA CORENA & ASSOCIATES

15   */s/ Paul A. Acker*                                      */s/ Mark A. Rouse*
     PAUL A. ACKER, ESQ.                                       GINA M. CORENA, ESQ.
16   Nevada Bar No. 3670                                       Nevada Bar No. 10330
17   8945 West Russell Road, Suite 330                         MARK A. ROUSE, ESQ.
     Las Vegas, NV 89148                                       Nevada Bar No. 12273
18   (702) 997-3800                                            300 S. Fourth Street, Suite 1400
     *Attorneys for Defendant,*                                Las Vegas, NV 89101
19   *Maxway Freight, LLC*                                     (702) 680-1111
                                                               *Attorneys for Plaintiff,*
20                                                             *Isney Echavarria-Perez*

2

*Isney Echavarria-Perez v. Michael Sommers, et al.*
Case No.: 2:25-CV-00063-EJY

## ORDER

IT IS ORDERED that the claims of Plaintiff, ISNEY ECHAVARRIA-PEREZ, arising out of the February 18, 2024, incident as asserted in the Complaint in Case No. 2:25-cv-00063-EJY be dismissed against Defendant, MAXWAY FREIGHT, LLC, only with prejudice in their entirety.

IT IS FURTHER ORDERED that each of the parties shall bear their own attorneys' fees and costs.

IT IS FURTHER ORDERED that this Order has no effect upon Plaintiff's claims against any other Defendant.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: May 29, 2025

Respectfully submitted by:

RESNICK & LOUIS, P.C.

/s/ *Paul A. Acker*
PAUL A. ACKER, ESQ.
Nevada Bar No. 3670
8945 West Russell Road, Suite 330
Las Vegas, NV 89148
*Attorneys for Defendant,*
*Maxway Freight, LLC*