1    STEPHEN H. ROGERS, ESQ.
     Nevada Bar No. 5755
2    ROGERS, MASTRANGELO, CARVALHO & MITCHELL
     700 South Third Street
3    Las Vegas, Nevada 89101
     Phone (702) 383-3400
4    Fax (702) 384-1460
     Email: srogers@rmcmlaw.com
5    Attorneys for Defendants/Cross-Defendants
     MICHAEL SOMMERS,
6    ASSURED AUDIT PEST PREVENTION, LLC and
     ASSURED AUDIT PEST PREVENTION CORPORATION
7

8              **UNITED STATES DISTRICT COURT**

9                    **DISTRICT OF NEVADA**

10   ISNEY ECHAVARRIA-PEREZ, individually,        CASE NO. :   2:25-cv-00063-EJY

11            Plaintiff,

12   v.                                           **STIPULATION AND ORDER FOR
                                                  DISMISSAL WITH PREJUDICE
13   MICHAEL SOMMERS, individually;               AND FOR GOOD FAITH
     ASSURED AUDIT PEST PREVENTION, LLC,          SETTLEMENT**
14   an Arizona limited liability company;
     ASSURED AUDIT PEST PREVENTION
15   CORPORATION, a California corporation;
     DOE DRIVER, individually; MAXWAY
16   FREIGHT, LLC, a Utah Limited Liability
     Company; MAXWAY, INC., a Utah
17   Corporation; DOES I through X, and ROE
     BUSINESS ENTITIES, XI through XX,
18   inclusive,

19            Defendants.

20

21   MAXWAY, INC., a Utah Corporation,

22            Cross-Claimant,

23   v.

24   MICHAEL SOMMERS, individually;
     ASSURED AUDIT PEST PREVENTION, LLC,
25   an Arizona limited liability company;
     ASSURED AUDIT PEST PREVENTION
26   CORPORATION, a California corporation;
     DOES  XX through XXV, and ROE BUSINESS
27   ENTITIES XXVI through XXX, inclusive,

28            Cross-Defendants.

1     IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through

2 their respective counsel of record, that all claims related to the Complaint and Crossclaim in the

3 above-entitled matter be dismissed with prejudice, all parties to bear their own costs and attorney's

4 fees. It is further stipulated and agreed that the settlements entered between the parties are fair, just

5 and reasonable, and entered into in good faith pursuant to NRS 17.245 and not for the purpose of fraud

6 or collusion to the detriment of any remaining Defendants.

7

8 DATED this 17th day of July, 2025.      DATED this 17th day of July, 2025.

9 GINA CORENA & ASSOCIATES      ROGERS, MASTRANGELO, CARVALHO & MITCHELL
10

11 /s/ *Mark Rouse*      /s/ *Stephen H. Rogers*

    _____      _____
12 Mark Rouse, Esq.      Stephen H. Rogers, Esq.
    Nevada Bar No.12273      Nevada Bar No. 5755
13 300 S. Fourth Street, Suite 1400      700 South Third Street
    Las Vegas, Nevada 89101      Las Vegas, Nevada 89101
14 *Attorneys for Plaintiff Isney Echavarria-Perez*      *Attorneys for Defendants*
     *Michael Sommers, Assured Audit Pest*
15      *Prevention, LLC and Assured Audit Pest*
     *Prevention Corporation*
16

17 DATED this 17th day of July, 2025.

18 WINNER & BOOZE

19
     IT IS SO ORDERED.
20 /s/ *John R. Hawley*

    _____
21 John R. Hawley, Esq.
    Nevada Bar No. 1545      _____
22 1117 South Rancho Drive      UNITED STATES MAGISTRATE JUDGE
    Las Vegas, Nevada 89102
23 *Attorneys for Defendant Maxway, Inc.*
     Date: July 17, 2025
24

25

26

27 / / /

28 / / /